UNITED STATES BANKRUPTCY COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

PHILADELPHIA DIVISION

| | |
|---|---|
| IN RE: MARY ANN ACKLEY ) | |
| ) | CHAPTER 7 |
| **Debtor(s)** ) | |
| ) | CASE NO. 09-16810 (BIF) |
| JP MORGAN CHASE BANK, NA ) | |
| **Moving Party** ) | HEARING DATE: **10-26-09 at 9:30 am** |
| ) | |
| vs. ) | |
| ) | 11 U.S.C. 362 |
| MARY ANN ACKLEY ) | |
| **Respondent(s)** ) | |
| ) | |
| CHRISTINE C. SHUBERT ) | |
| **Trustee** ) | |
| ) | |
| ) | |

## MOTION FOR RELIEF FROM THE AUTOMATIC STAY

**TO THE HONORABLE UNITED STATES BANKRUPTCY JUDGE:**

Comes now JP Morgan Chase Bank, NA ("Chase") filing this its Motion for Relief from the automatic stay ("Motion"), and in support thereof, would respectfully show:

1. That on September 10, 2009, Mary Ann Ackley filed a voluntary petition under Chapter 7 of the Bankruptcy Code.

2. This Court has jurisdiction of the Motion by virtue of 11 U.S.C. 105, 361 and 362 and 28 U.S.C. 157 and 1334.

3. On October 14, 2006, the debtor executed a lease agreement for the lease of a 2006 Subaru Tribeca bearing vehicle identification number 4S4WX86C564409713. The contract was assigned to JP Morgan Chase Bank NA and the debtor became indebted to Chase in accordance with the terms of same. Chase is the owner of the vehicle. True copies of the contract and title to the vehicle are annexed hereto as Exhibits A and B**.**

    4. The debtor's account is past due from July 14, 2009 to September 14, 2009 with arrears in the amount of $1,199.23.

    5. JP Morgan Chase Bank, NA alleges that the automatic stay should be lifted for cause under 11 U.S.C. 362(d)(1) in that Chase lacks adequate protection of its interest in the vehicle as evidenced by the following:

    (a) The debtor is failing to make payments to Chase and is failing to provide Chase with adequate protection.

    (b) The lease has matured, and the debtor is voluntarily surrendering the vehicle; Chase requires stay relief in order to secure, process, and sell it.

    WHEREFORE PREMISES CONSIDERED, Chase respectfully requests that upon final hearing of this Motion, (1) the automatic stay will be terminated as to Chase to permit Chase to seek its statutory and other available remedies; (2) that the stay terminate upon entry of this Order pursuant to the authority granted by Fed.R.Bank.P, Rule 4001(a)(3) and (3) Chase be granted such other and further relief as is just.

Respectfully submitted,

/s/ William E. Craig
William E. Craig
Morton & Craig LLC
110 Marter Avenue, Suite 301
Moorestown, NJ 08057
Phone: 856/866-0100, Fax: 856/722-1554
Attorney ID: 92329
Local Counsel for JP Morgan Chase Bank, NA