PA 1557
## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA
## PHILADELPHIA DIVISION

|  |  |
|---|---|
| IN RE: | Bankruptcy No.: 09-16810 (BIF) |
| MARY ANN ACKLEY | Chapter 7 |

### NOTICE OF APPEARANCE AND REQUEST FOR SERVICES

Please take notice that the undersigned hereby appears as counsel for James P. Ackley a creditor and a party in interest, and that under Rules 2002 and 9007 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), and the Local Rules of Bankruptcy Rules for this District ("Local Bankruptcy Rules"), hereby requests that all notice given or required to be given, and all papers and pleadings to be filed or served or required to be served, in this case be given to or served upon:

Vito F. Canuso, Jr., Esquire
200 South Broad Street
Suite 440
Philadelphia, PA 19102
215-735-5260
215-735-5718 (Fax)

This Request includes not only the notices and papers referred to in the Bankruptcy Rules and Local Bankruptcy Rules but also, without limitation, orders and notices of any application, motions, petitions, pleadings, request, complaints or demand, whether formal or informal, whether written or oral and whether transmitted or conveyed by mail, courier service, hand delivery, telephone, facsimile transmission, telex or otherwise.

This request supersedes any prior request for Notice by this creditor, that there is no other request to receive Notices for the specified creditor, or that all prior requests are terminated, and the attorney is authorized to make this request for Notices on behalf of the named creditor.

Vito F. Canuso, Jr., Esquire
200 S. Broad Street
Suite 440
Philadelphia, PA 19102
I.D. No.: 12042
vfcjrlaw@yahoo.com